No. 3395.—EL PUEBLO, APLDO., *v.* MORALES, APLTE.—C: D. San Juan. Homicidio voluntario. Feb. 25, 1928. Examinada la moción de reconsideración de febrero 23 y las declaraciones juradas acompañadas a la misma, apareciendo que el abogado de la acusada apelante quedó como tal desde el 4 de junio de 1927, surgiendo desde entonces en él el deber de atender por sí mismo y sin esperar notificación a la tramitación del recurso de apelación ya interpuesto, sin que nada hiciera ni haya alegado causa alguna que pueda justamente excusar su negligencia, y ahora, cuando se dirige al tribunal pidiéndole que reinstale el recurso que fué desestimado desde noviembre 30, 1927, no acompaña a su solicitud de 18 de febrero actual, ni a su moción de reconsideración, argumentación alguna que *prima facie* demuestre que está envuelta en la apelación alguna cuestión de tal modo meritoria que lleve consigo la revocación de la sentencia apelada: *no ha lugar a la reconsideración que se pide.*

No. 4498.—CRUZ ET AL., APLDOS., *v.* RODRÍGUEZ, APLTE.— C. D. Humacao. Marzo 6, 1928. Se desestimó el recurso porque demostrando la certificación que acompaña a la moción para desestimar que la apelación se interpuso el 7 de diciembre de 1927 y nada más gestionó desde entonces el apelante, circunstancia que es suficiente por sí sola para declarar con lugar la moción.